David J. Linthorst
OSB #116975
JACKSON COUNTY OFFICE OF COUNTY COUNSEL
10 S. Oakdale Avenue
Medford, OR 97501
Telephone: (541) 774-6165
Facsimile: (541) 774-6722
   Attorney for Defendants Jackson County Sheriff's Office;
   Jackson County Sheriff Mike Winters; and Deputy Penkava

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DENNIS RUSSELL HOOPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACKSON COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 1:13-cv-1400-CL<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT<br><br>**DEMAND FOR JURY TRIAL** |

   In answer to plaintiff's Complaint, defendants Jackson County Sheriff's Office, Sheriff Mike Winters, and Deputy Penkava admit, deny, and allege as follows:

1.

   Admit that on August 16, 2011, in Rogue River, Oregon, Jackson County Deputy Sheriff Penkava stopped a vehicle being operated by plaintiff Dennis Russell Hooper (a.k.a. Dennis Resch).

2.

   Defendants deny the remaining allegations of plaintiff's Complaint because they are untrue or inaccurate as alleged, because defendants lack information sufficient to form a belief as to their truth, or because the allegations are conclusions of law rather than allegations of fact.

1 - DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Office of County Counsel
Jackson County Courthouse
10 S. Oakdale Avenue
Medford, Oregon 97501
Telephone:(541) 774-6160
Fax:      (541) 774-6722

BY WAY OF FURTHER ANSWER AND FIRST AFFIRMATIVE DEFENSE, defendants allege:

3.

Deputy Penkava had reasonable suspicion to stop the vehicle being operated by plaintiff Dennis Russell Hooper on August 16, 2011, in Rogue River, Oregon

BY WAY OF FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, defendants allege:

4.

Both Deputy Penkava and Sheriff Winters are entitled to qualified immunity on plaintiff's Fourth Amendment claim because neither Deputy Penkava nor Sheriff Winters violated any of plaintiff's clearly established constitutional rights.

BY WAY OF FURTHER ANSWER AND THIRD AFFIRMATIVE DEFENSE, defendants allege:

5.

The Jackson County Sheriff's Office is not an entity subject to suit nor is it a proper party.

BY WAY OF FURTHER ANSWER AND FOURTH AFFIRMATIVE DEFENSE, defendants allege:

6.

Plaintiff's Complaint fails to state a claim upon which the honorable Court can grant relief.

WHEREFORE, having fully answered plaintiff's Complaint, defendants pray for judgment in their favor, including an award of their costs, disbursements, and attorney fees pursuant to 42 U.S.C. § 1988 on the grounds that some or all of plaintiff's claims against defendants are frivolous in fact and/or in law.

2 -   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Office of County Counsel
Jackson County Courthouse
10 S. Oakdale Avenue
Medford, Oregon 97501
Telephone: (541) 774-6160
Fax: (541) 774-6722

Respectfully submitted, this 2nd day of October, 2013:

_____
David J. Linthorst, OSB #116975
linthodj@jacksoncounty.org
Phone: 541.774.6165
Fax:     541.774.6722
Attorney for JCSO Defendants

Office of County Counsel
Jackson County Courthouse
10 S. Oakdale Avenue
Medford, Oregon 97501
Telephone: (541) 774-6160
Fax:          (541) 774-6722

3 -    DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** on:

Dennis Russell Hoper
P.O. Box 2054
Rogue River, Oregon 97537
PRO SE

by mailing a true and correct copy to Dennis Russell Hooper at the above listed address on October 2, 2013. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Medford, Oregon.

*[signature]*

David J. Linthorst, OSB #116975
10 South Oakdale, Room 214
Medford, Oregon 97501
linthodj@jacksoncounty.org
Phone: 541.774.6165
Fax:   541.774.6722
Attorney for JCSO Defendants

Office of County Counsel
Jackson County Courthouse
10 S. Oakdale Avenue
Medford, Oregon 97501
Telephone: (541) 774-6160
Fax: (541) 774-6722

4 -   CERTIFICATE OF SERVICE