IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DENNIS RUSSELL HOOPER,

        Plaintiff,

    v.

JACKSON COUNTY SHERIFF'S OFFICE, et al.,

        Defendants.

1:13-cv-1400-CL

**ORDER**

**PANNER, J.**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

    I agree with Magistrate Judge Clarke that plaintiff has failed to state a claim based on the alleged failure to

1- ORDER

reimburse. I also agree that plaintiff's other claims against the Jackson County Sheriff's Office, liberally construed, should not be dismissed at this time.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted. Defendants' motion to dismiss (#25) is granted as to the claim for failure to reimburse and otherwise denied.

IT IS SO ORDERED.

DATED this 20 day of May, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE